# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR NO. 08-2386-JM |
| Plaintiff, ) | **ORDER GRANTING JOINT MOTION TO CONTINUE DATES** |
| v. ) | **[Docket No. 66]** |
| RYAN WEDDING ) | |
| Defendants. ) | |

The Court has read and considered the Joint Motion to the Continuance of the Status Conference and Motions date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on February 18, 2009. The Court hereby finds that the Joint Motion, demonstrates facts that support a continuance of the status conference and motion date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (1) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (2) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (3) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

**THEREFORE, FOR GOOD CAUSE SHOWN:**

1. The Status Conference and Motion date in this matter is continued from February 20, 2009, to March 13, 2009, at 1:30 p.m.

2. The time period of February 20, 2009, to March 13, 2009, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(8)(A), (h)(8)(B)(i), and (h)(8)(B)(iv). The court has also considered (h)(1) (F) & (J).

**IT IS SO ORDERED.**

Date: February 18, 2009

_____
THE HONORABLE JEFFREY T. MILLER
UNITED STATES DISTRICT JUDGE