# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 08cr2386 JM |
|---|---|
| Plaintiff, | ORDER DENYING EX PARTE REQUEST FOR CONTINUANCE; SETTING STATUS CONFERENCE |
| vs. | |
| RYAN WEDDING, | |
| Defendant. | |

On May 8, 2009 Defendant submitted an Ex Parte Motion to Continue the pretrial motions hearing date presently calendared for May 15, 2009. The ex parte motion is denied without prejudice. The court will reschedule the pretrial motions hearing date at a status conference to be conducted on May 15, 2009 at 1:30 p.m. Counsel of record for the parties are ordered to appear in person at the status conference.

**IT IS SO ORDERED.**

DATED: May 8, 2009

Hon. Jeffrey T. Miller
United States District Judge

cc: All parties