| | |
|---|---|
| 1 | |
| 2 | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES, | ) | Case No. 08CR2386-JM |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER FOR PRODUCTION OF |
| v. | ) | WITNESS FOR TRIAL |
| | ) | |
| RYAN WEDDING, | ) | |
| Defendant, | ) | |

Upon the request of the United States and good cause appearing,

**IT IS HEREBY ORDERED** that the Bureau of Prisons and/or the United States Marshall Service, produce the following Federal inmate:

**Michael Krapchan
Federal Reg. No:10006-298
CI California City
22844 Virginia Blvd.
California City, California 93504**

/ / /

/ / /

/ / /

/ / /

| | |
|---|---|
| 1 | **IT IS FURTHER ORDERED** that inmate Krapchan be produced |
| 2 | forthwith to testify at trial in the Southern District of |
| 3 | California at the: |
| 4 | **United States Courthouse** |
| 5 | **940 Front Street** <br> **San Diego, CA 92101** |
| 6 | **Courtroom 16-Fifth floor** |
| 7 | no later than 9:00 a.m., November 18, 2009. |
| 8 | **IT IS SO ORDERED.** |
| 9 | DATED: November 16, 2009 |
| 10 | _____ |
| 11 | Hon. Jeffrey T. Miller <br> United States District Judge |