UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 08CR2386-JM |
| ) | |
| vs ) | |
| ) | V E R D I C T |
| RYAN WEDDING ) | |
| Defendant. ) | |

We, the jury in the above-entitled cause, find the defendant

RYAN WEDDING

__Guilty__ of conspiracy to distribute cocaine as charged
Guilty / Not Guilty    in Count One of the Indictment.;

If you found the defendant guilty of Count 1 do you further find that the government has proven beyond a reasonable doubt that the amount of cocaine which was the subject of any such conspiracy weighed 5 kilograms and more?

__Yes__
YES or NO

DATED: __November 30__, 2009

__Diane Ferreira__
FOREPERSON OF THE JURY