1
2
3
4
5
6
7
8
9
UNITED STATES DISTRICT COURT
10
SOUTHERN DISTRICT OF CALIFORNIA
11
12 UNITED STATES OF AMERICA,        )    Case No.08cr2386 JM
                                    )
13                Plaintiff,         )
    v.                              )    ORDER GRANTING JOINT MOTION TO
14                                  )    CONTINUE SENTENCING HEARING
    RYAN WEDDING,                   )    [Docket No. 233]
15                                  )
                  Defendant.        )
16 ─────────────────────────────── )

17      Upon the Joint Motion of the parties (Docket No. 233) and good cause appearing, it is hereby

18 ordered that the Sentencing Hearing currently scheduled before Judge Miller on April 8, 2010 is hereby

19 continued to **May 6, 2010 at 9:00 a.m.**

20      IT IS SO ORDERED.

21 DATED:  March 25, 2010

22                                        _____
                                          Hon. Jeffrey T. Miller
23                                        United States District Judge

24
25
26
27
28